# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Rozenman,<br><br>          Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>          Respondents. | No. CV-18-01789-PHX-GMS (BSB)<br><br>**ORDER** |

After consideration of this matter and for good cause shown,

**IT IS ORDERED** that Respondents' Motion for Extension of Time (Doc. 10) is **GRANTED** and that the deadline for Respondents to file an answer to the Petition for Writ of Habeas Corpus is extended to **October 5, 2018.**

Dated this 22nd day of August, 2018.

_____
Bridget S. Bade
United States Magistrate Judge