Dimitri Rozenman
253132
ASPC Tucson, Unit Santa Rita
P.O. Box 24401
Tucson, AZ 85734

FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 30 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

United States District Court
District of Arizona

| Dimitri Rozenman, | CV18-01789-PHX-GMS-BSB |
| Petitioner, | |
| v | Response to Motion for Extension of Time |
| Charles L. Ryan, et al., | to File Answer to Petition for Writ of |
| Respondents | Habeas Corpus |

Under the circumstances presented petitioner agrees that a 45-day extension of time to file a Response is appropriate. However, in the event that Respondents might contemplate additional and consequtive extensions of time, petitioner respectfully asks this Court and the Respondents to note that this case necessitates resolution without unnecessary delays. Petitioner, by now, has been incarcerated for almost ten years, since the first conviction was overturned due to a Brady violation and petitioner had to be retried over again. Also petitioner's appeal provides evidence of actual innocence and is based, in part, on post-trial discovery of PhxPD rules for preservation of evidence that, contrary to detectives trial testimony[1] (see Footnote 1 on next page), require all evidence to be impounded prior to the end of shift.

1

Original mailed to Clerk of Court on Aug 27, 2018.
Copy of the foregoing mailed to:
William S. Simon
Assistant Attorney General
Criminal Appeals Section
2005 N. Central Avenue
Phx, AZ 85004-1580

Signed by: DRoz
Dimitri Rozenman

Footnote 1: At trial detectives testified that the reason why they did not impound all the recordings used against the petitioner is because evidence must not be impounded and must remain with detectives. The prosecution's main piece of evidence was recording of a surveillance where petitioner's responses, to a proposition to have his ex-wife and her family murdered, are now entirely inaudible.

Certificate of Service

I hereby certify that on Aug 27, 2018 I mailed two copies, plus an extra copy to be stamped and mailed back to me, to the Clerk of Court and mailed a copy of this document to:

William S. Simon
Assistant Attorney General
Criminal Appeals Section
2005 N. Central Avenue
Phx, AZ 85004-1580