Dimitri Rozenman
253132
ASPC Tucson
Unit Santa Rita
P.O. Box 24401
Tucson, AZ 85734

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 07 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States District Court
District of Arizona

| Dimitri Rozenman, | No. CV-18-01789-PHX-GMS(BSB) |
| Petitioner, | Motion to Order Respondents to Mail to Petitioner Disclosed Exhibits and to Notify the Court Upon Doing So. |
| v | |
| Charles L. Ryan, et al., | |
| Respondents. | |

On 02/19/19 this Court issued an Order acknowledging that Respondents disclosed to the Court the missing exhibits (Docs. 33-1, 33-2, 33-3, 33-4, 33-5, 33-6). However as of 03/04/19 none of these exhibits were received by Petitioner.

Petitioner respectfully asks this Court to order Respondents to mail the disclosed exhibits to Petitioner and to notify the Court upon doing so.

Certificate.

I hereby certify that on 03/04/19 I mailed two copies plus an original to the Clerk of Court and mailed a copy of this document to:

William S. Simon
Assistant Attorney General
Criminal Appeals Section
2005 N. Central Ave
Phx, AZ 85004-1580.

Signed by: DRoz
Dimitri Rozenman

1