Dimitri Rozenman 253132
ASPC Tucson, Unit Santa Rita
P.O. Box 24401
Tucson, AZ 85734

United States District Court
District of Arizona

| | |
|---|---|
| Dimitri Rozenman, Petitioner, v. Charles L. Ryan, et al., Respondents | CV-18-01789-PHX-GMS (BSB)<br><br>Fifth Motion for Extension of Time to File a Reply. |

On 02/19/19 this Court, in its Order, acknowledged the receipt of the missing exhibits (Docs. 33-1, 33-2, 33-3, 33-4, 33-5, and 33-6), which are necessary for Petitioner to file a Reply. On 03/07/19 Petitioner filed Motion to Order Respondents to Mail to Petitioner Disclosed Exhibits and to Notify the Court Upon Doing So. The Motion indicates that though the missing exhibits had been disclosed to the Court, they were never provided to the Petitioner.

Since as of 03/22/19 the missing exhibits still have not been provided to Petitioner, Petitioner respectfully asks this Court to extend time to file a Reply till 04/30/19.

Certificate.

I hereby certify that on 03/22/19 I mailed two copies plus an original to the Clerk of Court and mailed a copy of this document to:
William S. Simon - Assistant Attorney General Criminal Appeals Section
2005 N. Central Ave
Phx, AZ 85004-1580.

Signed by: DRoz
Dimitri Rozenman