IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Rozenman,<br><br>                    Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>                    Respondents. | No. CV-18-01789-PHX-GMS (BSB)<br><br>**ORDER** |

Petitioner has filed a "Motion to Order Respondents to Mail Petitioner Disclosed Exhibits and to Notify the Court upon Doing So." (Doc. 37.) Petitioner asks the Court to order Respondents to provide Petitioner with several exhibits that Respondents filed with their "Motion to Supplement" on January 14, 2019. (Doc. 33, Exs. A, B, C, D, E, F; *see* Doc. 36.) Petitioner states that as of March 4, 2019, he had not received copies of those exhibits. (Doc. 37.) Respondents have not responded to the motion.

Accordingly,

**IT IS ORDERED** that Petitioner's "Motion to Order Respondents to Mail Petitioner Disclosed Exhibits and to Notify the Court upon Doing So" (Doc. 37) is **GRANTED** to the extent that, within **fourteen days** of the date of this order, Respondents shall either: (1) provide Petitioner with copies of the exhibits attached to Docket 33 (Doc. 33, Exs. A, B, C, D, E, F) and file a notice indicating that they have done so; or (2) if Respondents have previously provided Petitioner with copies of the exhibits attached to

Docket 33, file a notice indicating that date on which they provided Plaintiff with those exhibits.

Dated this 26th day of March, 2019.

*Bridget S. Bade*
United States Magistrate Judge

- 2 -