# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Rozenman, | No. CV-18-01789-PHX-GMS (BSB) |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

After consideration of this matter and for good cause shown,

**IT IS ORDERED** that Petitioner's motion for extension of time (Docs. 38) is **GRANTED** and that deadline for Petitioner to file a reply in support of his amended petition for writ of habeas corpus (Doc. 5) is extended to **May 1, 2019.**

Dated this 27th day of March, 2019.

_____
Bridget S. Bade
United States Magistrate Judge