MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

W. SCOTT SIMON
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS SECTION
2005 N. CENTRAL AVENUE
PHOENIX, ARIZONA 85004-1580
TELEPHONE: (602) 542-4686
CADocket@azag.gov
(STATE BAR NUMBER 025230)

ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Rozenman,<br><br>    Petitioner,<br><br>    -vs-<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | CV–18–01789–PHX–GMS (JZB)<br><br>**NOTICE OF COMPLIANCE** |

On March 27, 2019, this Court issued an order directing respondents to mail Petitioner copies of Respondents' supplemental exhibits. Pursuant to this Court's order, the exhibits were mailed to Petitioner on March 29, 2019.

RESPECTFULLY SUBMITTED this 2nd day of April 2019.

Mark Brnovich
Attorney General

Joseph T. Maziarz
Chief Counsel


s/ W. Scott Simon
Assistant Attorney General

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document by mail on the following, who is not a registered participant of the ECF System:

Dimitri Rozenman #253132
ASPC Tucson - Santa Rita Unit
P.O. Box 24401
Tucson, AZ  85734

Petitioner, *Pro Se*

s/ Liz Gallagher

7594246

2