

Dimitri Rozenman
253132
ASPC Tucson
Unit Santa Rita
P.O. Box 24401
Tucson, AZ 85734

United States District Court
District of Arizona

Dimitri Rozenman,
    Petitioner,
v
Charles L. Ryan, et al.,
    Respondents.

CV-18-01789-PHX-GMS(BSB)

Motion to Order Respondents to Provide Supplement to Motion to Vacate Judgment & Designate it as Ex B and to Notify Petitioner if Doc. 33 Corresponds to Exs. Disclosed to Petitioner

On 12/06/18 Petitioner filed Third Motion to Order the Respondents to Provide the Missing Exhibits. The requested exhibits were:
1. Supplement to Motion for New Trial, filed 10/25/13
2. Reply to Petition for Rule 32, filed 05/26/16
3. Gregg Stutchman's Affidavit, filed 04/08/16
4. Motion for Leave to Interview Witnesses and to Obtain Documentary Evidence, filed 1/04/1.
5. Response to Defendant's Various Motions for Discovery, filed 10/15/13
5. Motion to Compel Personnel Files, mailed 04/05/16, filed 04/08/16.

On 12/10/18 Petitioner filed Supplement to the Third Motion to Order the Respondents to Provide the Missing Exhibits requesting
7. Supplement to Motion to Vacate Judgment, filed 10/25/13

1.

On 03/27/19 this Court issued an Order for Respondents to provide to Petitioner the exhibits attached to Docket 33 (Doc. 33, Exs. A, B, C, D, E, F).

On 04/01/19 Petitioner received from Respondents:

Ex A: Supplement to Motion for New Trial, filed 10/25/13.
Ex B: Supplement to Motion for New Trial, filed 10/25/13.
Ex C: Reply to Petition for Rule 32, filed 05/26/16.
Ex D: Gregg Stutchman's Affidavit, filed 04/08/16.
Ex E: Motion for Leave to Interview Witnesses and to Obtain Documentary Evidence, filed 1/1/1
Ex F: Response to Defendant's Various Motions for Discovery, filed 10/15/13.
Ex G: Motion to Compel Personnel Files, filed 04/08/16.

There are two issues before this Court that need to be resolved. The first issue is that Respondents Ex A and Ex B are identical. The problem appears to arise from the fact that instead of mailing to Petitioner Supplement to Motion to Vacate Judgment, filed 10/25/13, Respondents mailed Supplement to Motion for New Trial, filed 10/25/13, twice. It is possible that the confusion arose out of the fact that both — Supplement to Motion for New Trial and Supplement to Motion to Vacate Judgment were filed on the same date, 10/25/13.

The second issue is that since the Court's 03/27/19 Order identifies only six exhibits — A, B, C, D, E, F and since Ex A and Ex B, that Petitioner received, are identical, Petitioner needs to know if the Court received from Respondents the same exhibits that were mailed to Petitioner.

Petitioner respectfully asks this Court to order Respondents to provide to Petitioner and to the Court Supplement to Motion to Vacate Judgment and designate it as Ex B, and to notify Petitioner if Docket 33, that the Court received, is identical to exhibits received by Petitioner.

Furthermore, since Supplement to Motion for New Trial is presently designated as both - Ex A and Ex B, Petitioner respectfully asks this Court to have it identified as Ex A.

Signed by: DRoz—
 Dimitri Rozenman.

Certificate.

Original and two copies mailed to Clerk of Court.
Copy of the foregoing mailed to:
William S. Simon
Assistant Attorney General
Criminal Appeals Section
2005 N Central Ave
Phx, AZ 85004-1580.