MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

W. SCOTT SIMON
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS SECTION
2005 N. CENTRAL AVENUE
PHOENIX, ARIZONA 85004-1580
TELEPHONE: (602) 542-4686
CADocket@azag.gov
(STATE BAR NUMBER 025230)

ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Rozenman,<br><br>   Petitioner,<br><br>  -vs-<br><br>Charles L. Ryan, et al.,<br><br>   Respondents. | CV–18–01789–PHX–GMS (BSB)<br><br>**NOTICE OF ERRATA** |

   On January 14, 2019, Respondents filed a motion to supplement the record with additional exhibits.  In an apparent oversight, Respondents provided the same exhibit for Supplemental Exhibits A and B, "Supplement to Motion for New Trial, filed 10/25/13."  In light of this oversight, Respondents request that Supplemental Exhibit B be corrected to reflect, "Supplement to Motion to Vacate Judgement, 10/25/13," which has been attached as an exhibit to this motion.  A copy of this request and attached exhibit has been mailed to Petitioner.

. . .

. . .

. . .

1

2          RESPECTFULLY SUBMITTED this 11th day of April 2019.

3                                    Mark Brnovich
                                     Attorney General
4
                                     Joseph T. Maziarz
5                                    Chief Counsel

6
                                     s/ W. Scott Simon
7                                    Assistant Attorney General

8                                    Attorneys for Respondents

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document by mail on the following, who is not a registered participant of the ECF System:

Dimitri Rozenman #253132
ASPC Tucson, Santa Rita Unit
P.O. Box 24401
Tucson, Arizona  85734

Petitioner, *Pro Se*


s/ Liz Gallagher


7817496