# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Rozenman,<br><br>               Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>               Respondents. | No. CV-18-01789-PHX-GMS (JZB)<br><br>**ORDER** |

      Pending before the Court are two Motions: (1) Petitioner's "Motion to Order Respondents to Provide Supplement to Motion to Vacate Judgment & Designate it as Ex. B and Notify Petitioner if Doc. 33 Corresponds to Exs: Disclosed to Petitioner" (doc. 43); and (2) Petitioner's Sixth Motion for Extension of Time to File a Reply (doc. 45.) The Court will deny the first Motion as moot and grant the second.

      On January 14, 2019, Respondents filed a Notice with the Court supplementing the record to include additional exhibits. (Doc. 33.) On March 27, 2019, the Court ordered Respondents to provide Petitioner with copies of the supplemental exhibits. (Doc. 36.) On April 2, 2019, Respondents filed notice that they had complied with the Court's Order. (Doc. 42.)

      On April 5, 2019, Petitioner filed his first pending Motion, notifying the Court that the documents he received were incomplete. (Doc. 43.) Specifically, he did not receive a copy of the "Supplement to Motion to Vacate Judgment[,]" listed as Exhibit B in Doc. 33.

1 (*Id.*) On April 11, 2019, Respondents filed a Notice of Errata, explaining that

> In an apparent oversight, Respondents provided the same exhibit for Supplemental Exhibits A and B, 'Supplement to Motion for New Trial, filed 10/25/13.' In light of this oversight, Respondents request that Supplemental Exhibit B be corrected to reflect, 'Supplement to Motion to Vacate Judgment, 10/25/13. A copy of this request and attached exhibit has been mailed to Petitioner.

(Doc. 44.)

The Court will grant Respondents request, which renders Petitioner's Motion to Order moot. The Court will grant Petitioner an additional 14 days to file his Reply.

**IT IS ORDERED**:

1. Respondents request (doc. 44) is **granted**. The attached exhibit (doc. 44-1), containing Petitioner's "Supplement to Motion to Vacate Judgment, 10/25/13" is designated as Supplemental Exhibit B.

2. Petitioner's Motion for Order (doc. 43) is **denied** as moot.

3. Petitioner's Motion for Extension of Time (doc. 45) is **granted**. Petitioner shall file his Reply on or before May 15, 2019.

Dated this 19th day of April, 2019.

Honorable John Z. Boyle
United States Magistrate Judge