MARK BRNOVICH
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

WILLIAM S. SIMON
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS SECTION
2005 N. CENTRAL AVENUE
PHOENIX, ARIZONA 85004-1580
TELEPHONE: (602) 542-4686
CADocket@azag.gov
(STATE BAR NUMBER 025230)

ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Dimitri Rozenman,<br><br>　　　Petitioner,<br><br>　-vs-<br><br>Charles L. Ryan, et al.,<br><br>　　　Respondents. | CV–18–01789–PHX–GMS (JZB)<br><br>**NOTICE OF COMPLIANCE** |

On April 11, 2019, Respondents filed, as an exhibit, Petitioner's trial motion, "Supplement to Motion to Vacate Judgement, 10/25/13." (Doc. 44.) On April 19, 2019, Petitioner filed a response, acknowledging the filing, but claimed that the motion was missing attached exhibits. (Doc. 47.)

On May 20, 2019, this Court issued an order directing Respondents to notify the court if there were any exhibits to Petitioner's trial motion, and, if so, to provide the exhibits. (Doc. 50.)

Pursuant to this Court's order, undersigned counsel has reviewed the record, including Petitioner's Supplement to Motion to Vacate Judgement, 10/25/13, which does make reference to attached exhibits. However, the record does not indicate that the attachments were included as part of the motion. For example, as part of the effort to determine if there were any attached exhibits, undersigned

counsel has accessed the motion on the Maricopa County Superior Court's online database, ICIS, and reviewed the Record on Appeal. Neither reflected or included any attached exhibits. Additionally, undersigned counsel contacted the Maricopa County Superior Court Clerk's Office, which stated that their records also did not reflect any attached exhibits.

RESPECTFULLY SUBMITTED this 31st day of May, 2019.

Mark Brnovich
Attorney General

Joseph T. Maziarz
Chief Counsel

s/ William S. Simon
Assistant Attorney General

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and served the attached document by mail on the following, who is not a registered participant of the ECF System:

Dimitri Rozenman #253132
ASPC Tucson, Unit Santa Rita
P.O. Box 24401
Tucson, AZ  85734

Petitioner, *Pro Se*

s/Liz Gallagher

7941485 v.2

3