**FILED**

DEC 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DIMITRI ROZENMAN,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>CHARLES L. RYAN and ATTORNEY GENERAL FOR THE STATE OF ARIZONA,<br><br>        Respondents - Appellees. | No. 19-17065<br><br>D.C. No. 2:18-cv-01789-MTL<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

    The judgment of this Court, entered November 21, 2019, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7