| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 21 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DIMITRI ROZENMAN,

        Petitioner-Appellant,

v.

CHARLES L. RYAN; ATTORNEY GENERAL FOR THE STATE OF ARIZONA,

        Respondents-Appellees.

No. 19-17065

D.C. No. 2:18-cv-01789-MTL
District of Arizona,
Phoenix

ORDER

Before: BYBEE, IKUTA, and OWENS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See Serine v. Peterson*, 989 F.2d 371, 372-73 (9th Cir. 1993) (magistrate judge's findings and recommendations not appealable; premature appeal not cured by subsequent entry of final judgment by district court). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

DA/Pro Se