UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIMITRI ROZENMAN,<br><br>          Petitioner-Appellant,<br><br>  v.<br><br>DAVID SHINN, Director; ATTORNEY GENERAL FOR THE STATE OF ARIZONA,<br><br>          Respondents-Appellees,<br><br> and<br><br>CHARLES L. RYAN,<br><br>          Respondent. | No. 19-17561<br><br>D.C. No. 2:18-cv-01789-MTL<br>District of Arizona, Phoenix<br><br>ORDER |

Before:    CANBY and CALLAHAN, Circuit Judges.

The request for a certificate of appealability (Docket Entry Nos. 3 & 4) is denied because appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

**DENIED.**